**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 120 EAL 2020

           Respondent                     :

                                        :   Petition for Allowance of Appeal

                                        :   from the Order of the Superior Court

           v.                         :

                                          :

OMAR A. RAHMAN,                  :

                                          :

           Petitioner                   :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 15th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.